UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :   **INFORMATION**
                                :
         - v. -                 :   19 Cr. 910
                                :
GIOVANNI TASSONE,               :
                                :
                    Defendant.  :
                                :
- - - - - - - - - - - - - - - X

**COUNT ONE**
(Possession of Child Pornography)

The United States Attorney charges:

1. From at least in or about July 2018, up to and including at least on or about August 4, 2018, in the Southern District of New York and elsewhere, GIOVANNI TASSONE, the defendant, knowingly did possess and access with intent to view, and attempt to possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material containing an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, TASSONE possessed images of child pornography, including images of prepubescent

minors, in his residence in Mamaroneck, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2) and 2.)

_____
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GIOVANNI TASSONE,

Defendant.

## INFORMATION

19 Cr.

(18 U.S.C. § 2252A(a)(5)(B) and (b)(2).)

GEOFFREY S. BERMAN
United States Attorney.