

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA :

: 19 CR 910 (NSR)

- v. -

: ORDER

GIOVANNI TASSONE

Defendant

:
-----------------------------------------------------------x

It is hereby ORDERED that Empire State Forensics be permitted to conduct a psychosexual evaluation of the above defendant.

SO ORDERED,

Dated: New York, New York
      January 31, 2020

                                            Honorable Nelson Stephen Roman
                                            U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020