

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA

        - against -

GIOVANNI TASSONE,

        Defendant

----------------------------------------------------------x

19 CR 910 (NSR)

ORDER

     It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $4,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: ~~New York~~ White Plains, New York
       April 20, 2020

_____
Honorable Nelson S. Roman
U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

April 9, 2020

Nicolo DiMaria, USPO SDNY
Probation Department United States District Court
Southern District of New York

**Re: Giovanni Tassone**

Dear Probation Nicolo DiMaria,

I have attached a copy of the final report a copy my invoice for the Psycho-sexual
Assessment on **Giovanni Tassone.**

.

.

Please feel free to contact me if you have any questions. I can be reached at
(914) 367-3370.

Sincerely,

*Kenneth J. Lau, LCSW*

---

**Kenneth J. Lau, LCSW-R  P.C.**

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 367-3370

## INVOICE

**Date Submitted:** April 9, 2020

**Re:  Giovanni Tassone**

**Date Seen**: February 8 and 15, 2020

**Location:** Empire State Forensics Offices

**Type of Assessment/Evaluation:**

Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:**  Charity Wijetunga, JD, MA

**Payment Information:**

Total Cost of Assessment/Evaluation   **$ 4,000.00**

Please make check **payable** to: **Empire State Forensics**
Please send check to: **280 North Central Ave.  Suite 40**
**Hartsdale, New York 10530**
**Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*
**EIN #:**  82-2916796