UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

USA

- against -

GIOVANNI TASSONE,

                     Defendant.

------------------------------------------------------

19 Cr. 910-01 (NSR)

ORDER ACCEPTING
PLEA ALLOCUTION

NELSON S. ROMÁN, U.S.D.J.:

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated December 18, 2019, is approved and accepted.

SO ORDERED.

_____
Hon. Nelson S. Román,
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2022

Dated: White Plains, NY
       January 20, 2022