UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

    USA,

            - against -

    GIOVANNI TASSONE,

               Defendant(s).

-------------------------------------------------------x

**ORDER**

19 Cr. 910 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    Defendant's sentencing was held on January 21, 2022. While the Court did not state on the record that defendant was sentenced to time served, it was the Court's intention to impose a sentence of time served and supervised release for a term of five (5) years, with a special condition of four (4) months home confinement with location monitoring. The Judgment and Conviction will reflect the Court's sentence.

Dated:    White Plains, New York
               January 21, 2022

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

